**Jacqueline Nieves CRUZ and Oscar Cruz, Petitioners**

v.

**PRINCETON INSURANCE COMPANY, Alan S. Gold, Esquire and Gold, Butkovitz and Robins, P.C., Respondents.**

Supreme Court of Pennsylvania.

May 29, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 29th day of May 2008, the Petition for Allowance of Appeal is **GRANTED** and the Superior Court's decision is **REVERSED** in part to the extent it holds that there was no genuine issue of material fact regarding whether the use of the process was primarily used for a purpose for which it was not designed. *See Wimer v. Pa. Emp. Benefit Trust Fund,* 595 Pa. 627, 939 A.2d 843 (2007); *see also*

*McNeil v. Jordan,* 586 Pa. 413, 894 A.2d 1260 (2006). Further, this matter is **REMANDED** to the Superior Court for consideration of the harm element of *McNeil,* 894 A.2d at 1275.

Justice TODD did not participate in the consideration or decision of this matter.